## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 1:23-po-00002-JCN |
| v. | ) | |
| | ) | |
| JUSTIN MANION | ) | |

### DEFENDANT'S JURY TRIAL DEMAND

Defendant Justin Manion, through counsel, hereby demands a jury trial pursuant to the Sixth Amendment of the United States Constitution.


Date: 5/16/24

/s/ Erik Crocker
Erik T. Crocker, Esq. - Bar No. 5352
FARRELL, ROSENBLATT & RUSSELL
61 Main Street – P.O. Box 738
Bangor, Maine  04402-0738
(207) 990-3314
etc@frrlegal.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA            )
                                    )        DOCKET NO. 1:23-po-00002-JCN
            v.                      )
                                    )
JUSTIN MANION                       )

## CERTIFICATION

I hereby certify that on today's date, I electronically filed Defendant's Jury Trial Demand with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

AUSA ALISA ROSS


Date: 5/16/24                          /s/ Erik Crocker
                                       Erik T. Crocker, Esq. - Bar No. 5352
                                       FARRELL, ROSENBLATT & RUSSELL
                                       61 Main Street – P.O. Box 738
                                       Bangor, Maine  04402-0738
                                       (207) 990-3314
                                       etc@frrlegal.com
                                       Attorney for Defendant